**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 97-60855
Summary Calendar

PRINCIPAL MUTUAL LIFE INSURANCE COMPANY,

Plaintiff,

VERSUS

JANET LOUISE MORGAN, ET AL.,

Defendants,

JANET LOUISE MORGAN,

Defendant-Appellee,

VERSUS

JANE CLELAND COOK; ESTATE OF CARROLL LEE COOK, By and Through
Susan MacKenzie, Executrix (pursuant to Amended Complaint filed
1/22/97,

Defendants-Appellants.

Appeal from the United States District Court
for the Northern District of Mississippi

(2:97-CV-8-B-B)

October 30, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM[*]:

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

The judgment is AFFIRMED for the reasons stated by the Magistrate Judge in his order dated November 3, 1997.